[No. 24569-8-II.    Division Two.    May 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRAD A. PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00127-1, Karen B. Conoley, J., entered April 16, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Bridgewater, JJ.

[No. 43442-0-I.    Division One.    May 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL RAY HARLEAUX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-00614-7, Patricia Hall Clark, J., entered September 16, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43551-5-I.    Division One.    May 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON LEE KISS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-03659-3, Joan E. DuBuque, J., entered October 1, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43731-3-I.    Division One.    May 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03049-2, Faith Ireland, J., entered October 30, 1998. *Reversed* by unpublished opinion per Baker, J., concurred in by Agid, C.J., and Grosse, J.